JDM 10.4.23
KOG:2023R00064

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. PX 23cr 358 |
| | * (Threatening Interstate |
| | * Communication, 18 U.S.C. § 875(c)) |
| MICHAEL JOHN ORAVECZ, | * |
| a/k/a Michelle Oravecz, | * |
| a/k/a Michelle Firestone, | * |
| Defendant | * |

*******

### INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about January 20, 2023, in the District of Maryland and elsewhere, the defendant

**MICHAEL JOHN ORAVECZ,**
a/k/a Michelle Oravecz,
a/k/a Michelle Firestone

knowingly and willfully did transmit and cause to be transmitted in interstate and foreign commerce from the State of Ohio to the State of Maryland, a communication that contained a threat to injure the person of another, to wit: a communication made by cellular telephone in which the defendant threatened to kill or injure Public Official #1, who was the head of an independent federal government agency.

18 U.S.C. § 875(c)

October 4, 2023
Date

Erek L. Barron
United States Attorney